■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ALAMO, Appellant.—Judgment, Supreme Court, Bronx County (Barry Salman, J.), rendered on July 21, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.

■ In the Matter of ROBERT HALMI, SR., et al., Respondents. CRIME VICTIMS BOARD OF THE STATE OF NEW YORK, Appellant. —Order and judgment (one paper), Supreme Court, New York County (Hortense Gabel, J.), entered on July 10, 1986, unanimously affirmed for the reasons stated by Hortense Gabel, J., without costs and without disbursements. Concur—Sandler, J. P., Carro, Asch, Rosenberger and Wallach, JJ.